Clerk's Office
United States District Court
for the District of Columbia
Washington, DC 20001
August 3, 2006

Clerk, United States District Court
for the Southern District of Mississippi
Office of the Clerk of Court
U.S. Distrct Court
P.O. Box 23552
Jackson, MS. 39225-3552

### IN RE: MDL-1285 VITAMIN ANTITRUST LITIGATION
### MISC. 99-197 TFH

Dear Clerk:

Enclosed is a certified copy of the Transfer Order entered by the Judicial Panel on Multidistrict Litigation. The Order became effective on 8/10/06. We have assigned a new individual civil action number to your case to be transferred to us as liste below.

Please send us your file along with a certified copy of your docket entries. When you send your file, please refer and type on your cover leter our Civil Action.

| Title of Case | Your Number | Our Number |
| --- | --- | --- |
| Jim Hood, etc. v. F. Hoffman-LaRoche, Ltd., et al. | C.A. No. 3:06-122 | C.A. 1:06-1484 |

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By _____
Katherine S. Snuffer
Trainer/Quality Control Specialist

cc:  MDL Panel, Clerk
     Nancy Mayer-Whittington, Clerk
     Judge Thomas F. Hogan
     Harold Smith, Courtroom Clerk
     MDL Misc. Case No. 99-197