UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI



# MEMORANDUM

**TO:** USDC, District of Columbia  **DATE:** August 28, 2006

**FROM:** J. T. Noblin, Clerk
By: T. Reno, D.C.

**SUBJECT: Hood v. F. Hoffman-LaRoche, Ltd.**
<u>**USDC CIVIL NO. 3:06cv122TSL-JCS**</u>

Pursuant to the MDL Order entered August 28, 2006, enclosed are the following:

1) Certified copy of Order of transfer;

2) Certified copy of docket sheet; and

3) The case file can be accessed through the Electronic Case Filing/Pacer System for the Southern District of Mississippi at:

ecf.mssd.uscourts.gov

4) Our CM/ECF login/password person is Gordon Huey. He can be reached at 601-965-6005.

Please acknowledge receipt of the same on enclosed copy of this memorandum.

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**SOUTHERN DISTRICT OF MISSISSIPPI**



# *MEMORANDUM*

**TO:** USDC, District of Columbia  **DATE:** August 28, 2006

**FROM:** J. T. Noblin, Clerk
By: T. Reno, D.C.

**SUBJECT:** Hood v. F. Hoffman-LaRoche, Ltd.
<u>USDC CIVIL NO. 3:06cv122TSL-JCS</u>

Pursuant to the MDL Order entered August 28, 2006, enclosed are the following:

1) Certified copy of Order of transfer;

2) Certified copy of docket sheet; and

3) The case file can be accessed through the Electronic Case Filing/Pacer System for the Southern District of Mississippi at:

ecf.mssd.uscourts.gov

4) Our CM/ECF login/password person is Gordon Huey. He can be reached at 601-965-6005.

Please acknowledge receipt of the same on enclosed copy of this memorandum.


DOCKET NO. 1285

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VITAMIN ANTITRUST LITIGATION

*Jim Hood, etc. v. F. Hoffman-LaRoche, Ltd., et al.,* S.D. Mississippi, C.A. No. 3:06-122

### BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL

### TRANSFER ORDER

Before the Panel is a motion brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiff in a Southern District of Mississippi action. This plaintiff moves the Panel to vacate its order conditionally transferring the action to the District of District of Columbia for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket. Defendants[1] oppose the motion to vacate and urge inclusion of the action in the MDL-1285 proceedings.

On the basis of the papers filed and hearing session held (without oral argument), the Panel finds that this action involves common questions of fact with the actions in this litigation previously transferred to the District of District of Columbia, and that transfer of this action to the District of District of Columbia for inclusion in the coordinated or consolidated pretrial proceedings in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The Panel further finds that transfer of this action is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. In that order, the Panel held that the District of District of Columbia was a proper Section 1407 forum for actions involving allegations of a conspiracy to eliminate competition, maintain market control, and raise prices for vitamins and vitamin products in violation of Section 1 of the Sherman Antitrust Act. *See In re Vitamin Antitrust Litigation,* MDL-1285, 1999 U.S. Dist. LEXIS 8599 (J.P.M.L. June 7, 1999). Plaintiff's motion for remand to state court can be presented to and decided by the transferee court. *See, e.g., In re Ivy,* 901 F.2d 7 (2nd Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation,* 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

In opposing transfer, plaintiff urges, among other things, that the stage of proceedings of the MDL-1285 actions in the transferee district has reached the point where transfer of this action would

---

[1] Aventis Pharmaceuticals, Inc.; BASF Aktiengesellschaft; Daiichi Pharmaceutical Co., Ltd.; Eisai Co., Ltd.; Eisai Corp. of North America; F. Hoffmann-La Roche Ltd; Hoffmann-La Roche Inc.; sanofi-aventis; and Takeda Pharmaceutical Co. Ltd. Defendants state that only the served defendants are responding to the motion, but do not otherwise specify the identity of the responding defendants.

- 2 -

either cause delay of the MDL-1285 actions or prejudice this plaintiff. But Section 1407 transfer permits all actions sharing questions concerning the same alleged antitrust conspiracy to proceed in one litigation before a single transferee judge who can structure pretrial proceedings in a way that considers all parties' legitimate discovery needs, while ensuring that common parties and witnesses are not subjected to discovery demands which duplicate activity that has occurred or will occur in proceedings in the transferee district. Transfer under Section 1407 will thus have the salutary effect of assigning this action to a judge who is already thoroughly versed in the litigation's issues and who can ensure that pretrial proceedings in both this action and the other MDL-1285 actions will be conducted in a manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties and the courts.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the District of District of Columbia and, with the consent of that court, assigned to the Honorable Thomas F. Hogan for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

_____
Wm. Terrell Hodges
Chairman

A TRUE COPY, I HEREBY CERTIFY.
J. T. NOBLIN, CLERK
BY: _____ DEPUTY CLERK

CJRA-SU, CLOSED, JCS

# U.S. District Court
# Southern District of Mississippi (Jackson)
# CIVIL DOCKET FOR CASE #: 3:06-cv-00122-TSL-JCS
# Internal Use Only

Hood v. F. Hoffman-La Roche, Ltd. et al
Assigned to: District Judge Tom S. Lee
Referred to: Magistrate Judge James C. Sumner
Cause: 28:1332 Diversity-Notice of Removal

Date Filed: 03/01/2006
Jury Demand: None
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

## Plaintiff

**Jim Hood**
*State of Mississippi ex rel,*
*Attorney General*

represented by **Brent Hazzard**
HAZZARD LAW
P. O. Box 24382
Jackson, MS 39225
601/352-4299
Email: brenthazzard@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**F. Hoffman-La Roche, Ltd.**

represented by **Robert E. Hauberg, Jr.**
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
P. O. Box 14167
Jackson, MS 39236-4167
(601) 351-2400

            Email:
            rhauberg@bakerdonelson.com
            *LEAD ATTORNEY*
            *ATTORNEY TO BE NOTICED*

            **Bradley S. Clanton**
            BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC - Jackson
            P. O. Box 14167
            Jackson, MS 39236-4167
            601/351-8953
            Email:
            bclanton@bakerdonelson.com
            *ATTORNEY TO BE NOTICED*

            **William Davis Frye**
            BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
            P. O. Box 14167
            Jackson, MS 39236-4167
            (601) 351-2400
            Email:
            dfrye@bakerdonelson.com
            *ATTORNEY TO BE NOTICED*

**Defendant**

**Hoffman-La-Roche, Inc.** represented by **Robert E. Hauberg, Jr.**
            (See above for address)
            *LEAD ATTORNEY*
            *ATTORNEY TO BE NOTICED*

            **Bradley S. Clanton**
            (See above for address)
            *ATTORNEY TO BE NOTICED*

**William Davis Frye**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Basf Aktienesellschaft**          represented by   **John Adam Crawford, Jr.**
BUTLER, SNOW, O'MARA,
STEVENS & CANNADA
P. O. Box 22567
Jackson, MS 39225-2567
(601) 948-5711
Email:
jack.crawford@butlersnow.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Henegan**
BUTLER, SNOW, O'MARA,
STEVENS & CANNADA
P. O. Box 22567
Jackson, MS 39225-2567
(601) 948-5711
Email:
john.henegan@butlersnow.com

*ATTORNEY TO BE NOTICED*

**P. Ryan Beckett**
BUTLER, SNOW, O'MARA,
STEVENS & CANNADA
P. O. Box 22567
Jackson, MS 39225-2567
(601) 948-5711
Email:
ryan.beckett@butlersnow.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Aventis Pharmaceuticals, Inc.** | represented by | **Roy D. Campbell, III**<br>BRADLEY, ARANT, ROSE & WHITE, LLP<br>P.O. Box 1789<br>Jackson, MS 39215-1789<br>601/948-8000<br>Fax: 601/948-3000<br>Email: rcampbell@bradleyarant.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Danielle Daigle Ireland**<br>BRADLEY, ARANT, ROSE & WHITE, LLP<br>P.O. Box 1789<br>Jackson, MS 39215-1789<br>601/948-8000<br>Email: direland@bradleyarant.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Sanofi Aventis** | represented by | **Roy D. Campbell, III**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Takeda Pharmaceutical Company Limited** | represented by | **John P. Sneed**<br>PHELPS DUNBAR<br>P.O. Box 23066<br>Jackson, MS 39225-3066<br>(601) 352-2300<br>Email: sneedj@phelps.com<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Michael B. Wallace**
PHELPS DUNBAR
P.O. Box 23066
Jackson, MS 39225-3066
(601) 352-2300
Email: wallacem@phelps.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Eisai Corporation of North America** | represented by | **Robert E. Hauberg, Jr.** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Bradley S. Clanton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Davis Frye**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Daiichi Pharmaceutical Co. Ltd.** | represented by | **Robert E. Hauberg, Jr.** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Bradley S. Clanton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Davis Frye**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

John Does

**Defendant**

Eisai Co., LTD          represented by    **Paul B. Eason**
McGlinchey Stafford PLLC
P. O. Drawer 22949
Jackson, MS 39225-2949
(601) 960-8400
Fax: (601) 960-8431
Email: beason@mcglinchey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/01/2006 | 1 | NOTICE OF REMOVAL by Hoffman-La-Roche, Inc. from Chancery Court of Rankin County, Mississippi, case number Civil Action No. 58571. ( Filing fee $ 250 receipt number J011153) (Attachments: # 1 Civil Cover Sheet # 2 Lower Court Complaint)(Moore, Janet) (Entered: 03/01/2006) |
| 03/01/2006 | | ***Set/Clear Flags Case assigned to Magistrate Judge James C. Sumner, Pending Track and No Jury Demand requested (Moore, Janet) (Entered: 03/01/2006) |
| 03/01/2006 | 2 | Joinder by Sanofi Aventis to 1 Notice of Removal, filed by Hoffman-La-Roche, Inc.,. (Hauberg, Robert) (Entered: 03/01/2006) |
| 03/01/2006 | 3 | Joinder by Daiichi Pharmaceutical Co. Ltd. to 1 Notice of Removal, filed by Hoffman-La-Roche, Inc.,. (Hauberg, Robert) (Entered: 03/01/2006) |

| 03/01/2006 | 4 | Joinder by Eisai Corporation of North America to 1 Notice of Removal, filed by Hoffman-La-Roche, Inc.,. (Hauberg, Robert) (Entered: 03/01/2006) |
|---|---|---|
| 03/01/2006 | 5 | NOTICE *of Joinder and Consent to Removal* by Basf Aktienesellschaft re 1 Notice of Removal, (Crawford, John) (Entered: 03/01/2006) |
| 03/01/2006 | 6 | Joinder by Takeda Pharmaceutical Company Limited to 1 Notice of Removal, filed by Hoffman-La-Roche, Inc.,. (Hauberg, Robert) (Entered: 03/01/2006) |
| 03/01/2006 | | ***Attorney Robert E. Hauberg, Jr for Takeda Pharmaceutical Company Limited, Daiichi Pharmaceutical Co. Ltd., Sanofi Aventis, Eisai Corporation of North America added. (THR, ) (Entered: 03/02/2006) |
| 03/01/2006 | | ***Attorney John Adam Crawford, Jr for Basf Aktienesellschaft added. (THR, ) (Entered: 03/02/2006) |
| 03/06/2006 | 7 | MOTION to Remand to State Court by Jim Hood. (Hazzard, Brent) (Entered: 03/06/2006) |
| 03/06/2006 | 8 | MOTION to Remand to State Court by Jim Hood. (Hazzard, Brent) (Entered: 03/06/2006) |
| 03/07/2006 | | DOCKET ANNOTATION as to #7 & 8 entered without attorney's signature. Attorney to refile. (THR, ) Modified on 3/8/2006 (Lowery, R.). (Entered: 03/07/2006) |
| 03/07/2006 | 9 | First MOTION to Remand to State Court by Jim Hood. (Hazzard, Brent) (Entered: 03/07/2006) |
| 03/07/2006 | 10 | MEMORANDUM in Support re 9 First MOTION to Remand to State Court filed by Jim Hood. (Hazzard, Brent) (Entered: 03/07/2006) |
| 03/08/2006 | 11 | MOTION to Dismiss *or for a More Definite* |

| | | |
|---|---|---|
| | | *Statement* by Hoffman-La-Roche, Inc., Aventis Pharmaceuticals, Inc.. (Campbell, Roy) (Entered: 03/08/2006) |
| 03/08/2006 | ●12 | MEMORANDUM in Support re 11 MOTION to Dismiss *or for a More Definite Statement* filed by Hoffman-La-Roche, Inc., Aventis Pharmaceuticals, Inc.. (Campbell, Roy) (Entered: 03/08/2006) |
| 03/08/2006 | ●13 | NOTICE of Appearance by Danielle Daigle Ireland on behalf of Aventis Pharmaceuticals, Inc. (Ireland, Danielle) (Entered: 03/08/2006) |
| 03/08/2006 | ●14 | Amended MOTION to Dismiss *or for More Definite Statement* by Hoffman-La-Roche, Inc., Aventis Pharmaceuticals, Inc.. (Campbell, Roy) (Entered: 03/08/2006) |
| 03/08/2006 | ●15 | MEMORANDUM in Support re 14 Amended MOTION to Dismiss *or for More Definite Statement* filed by Hoffman-La-Roche, Inc., Aventis Pharmaceuticals, Inc.. (Campbell, Roy) (Entered: 03/08/2006) |
| 03/10/2006 | ●16 | Corporate Disclosure Statement by Aventis Pharmaceuticals, Inc..(Ireland, Danielle) (Entered: 03/10/2006) |
| 03/10/2006 | ●17 | Corporate Disclosure Statement by Hoffman-La-Roche, Inc.. (Frye, William) (Entered: 03/10/2006) |
| 03/10/2006 | ● | DOCKET ANNOTATION as to #17; attorney to refile this document with the correct certificate of service. (sec, ) (Entered: 03/10/2006) |
| 03/10/2006 | ●18 | Corporate Disclosure Statement by Hoffman-La-Roche, Inc.. (Frye, William) (Entered: 03/10/2006) |
| 03/10/2006 | ●19 | ORDER STAYING CASE pending a ruling on the Plaintiff's Motion to Remand. Signed by Judge James C. Sumner on March 10, 2006. (wg, ) |

| | | |
|---|---|---|
| | | (Entered: 03/10/2006) |
| 03/13/2006 | 20 | MOTION to Dismiss *for Lack of Personal Jurisdiction and Joinder in Defendants' Motion to Dismiss the Complaint or in the alternative for more definite statement* by F. Hoffman-La Roche, Ltd.. (Attachments: # 1 Exhibit A)(Frye, William) (Entered: 03/13/2006) |
| 03/13/2006 | 21 | MEMORANDUM in Support re 20 MOTION to Dismiss *for Lack of Personal Jurisdiction and Joinder in Defendants' Motion to Dismiss the Complaint or in the alternative for more definite statement* filed by F. Hoffman-La Roche, Ltd.. (Frye, William) (Entered: 03/13/2006) |
| 03/13/2006 | 22 | Corporate Disclosure Statement by F. Hoffman-La Roche, Ltd.. (Frye, William) (Entered: 03/13/2006) |
| 03/23/2006 | 23 | First MOTION for Extension of Time to File Response/Reply *to Defendants' Motion to Dismiss* by Jim Hood. (Hazzard, Brent) (Entered: 03/23/2006) |
| 03/23/2006 | | ORAL MOTION for Extension of Time to File Answer by Basf Aktienesellschaft. (lwe, ) (Entered: 03/23/2006) |
| 03/23/2006 | 24 | ORDER granting oral Motion for Extension of Time to Answer; Basf Aktienesellschaft answer due 4/3/2006. . Signed by Judge Tom S. Lee on 3/23/06. (lwe, ) (Entered: 03/23/2006) |
| 03/23/2006 | 25 | RESPONSE in Opposition re 8 MOTION to Remand to State Court, 9 First MOTION to Remand to State Court, 7 MOTION to Remand to State Court *to Plaintiff's Motion to Remand* filed by F. Hoffman-La Roche, Ltd., Hoffman-La-Roche, Inc., Aventis Pharmaceuticals, Inc.. (Hauberg, Robert) (Entered: 03/23/2006) |

| | | |
|---|---|---|
| 03/23/2006 | 26 | MEMORANDUM in Opposition re 8 MOTION to Remand to State Court, 9 First MOTION to Remand to State Court, 7 MOTION to Remand to State Court *to Plaintiff's Motion to Remand* filed by F. Hoffman-La Roche, Ltd., Hoffman-La-Roche, Inc., Aventis Pharmaceuticals, Inc.. (Hauberg, Robert) (Entered: 03/23/2006) |
| 03/29/2006 | 27 | RESPONSE to Motion re 23 First MOTION for Extension of Time to File Response/Reply *to Defendants' Motion to Dismiss* filed by F. Hoffman-La Roche, Ltd., Hoffman-La-Roche, Inc., Aventis Pharmaceuticals, Inc.. (Frye, William) (Entered: 03/29/2006) |
| 03/30/2006 | 28 | ORDER granting 23 Motion for Extension of Time to File Response/Reply to defendants' motions to dismiss until ten days upon the entry of an order on the remand issue . Signed by Judge Tom S. Lee on 3/30/06. (lwe, ) (Entered: 03/30/2006) |
| 03/30/2006 | 29 | MOTION for Hearing by Jim Hood. (Hazzard, Brent) (Entered: 03/30/2006) |
| 03/30/2006 | 30 | REPLY to Response to Motion re 9 First MOTION to Remand to State Court filed by Jim Hood. (Hazzard, Brent) (Entered: 03/30/2006) |
| 03/30/2006 | 31 | MEMORANDUM IN SUPPORT re 30 Reply to Response to Motion filed by Jim Hood. (Hazzard, Brent) (Entered: 03/30/2006) |
| 04/03/2006 | 32 | MOTION to Dismiss *for Lack of Personal Jurisdiction and Joinder in Defendants' Motion to Dismiss the Complaint or, in the Alternative, for More Definite Statement* by Basf Aktienesellschaft. (Attachments: # 1 Exhibit A - Declaration of Jorg Buchmuller)(Crawford, John) (Entered: 04/03/2006) |
| 04/03/2006 | 33 | MEMORANDUM in Support re 32 MOTION to |

|            |         |                                                                                                                                                                                                                                                             |
|------------|---------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |         | Dismiss *for Lack of Personal Jurisdiction and Joinder in Defendants' Motion to Dismiss the Complaint or, in the Alternative, for More Definite Statement* filed by Basf Aktienesellschaft. (Crawford, John) (Entered: 04/03/2006)                          |
| 04/04/2006 | ○34     | MOTION to Dismiss by Daiichi Pharmaceutical Co. Ltd.. (Attachments: # 1 Exhibit A)(Eason, Paul) (Entered: 04/04/2006)                                                                                                                                       |
| 04/04/2006 | ○35     | MEMORANDUM in Support re 34 MOTION to Dismiss filed by Daiichi Pharmaceutical Co. Ltd.. (Eason, Paul) (Entered: 04/04/2006)                                                                                                                                 |
| 04/04/2006 | ○36     | Corporate Disclosure Statement by Daiichi Pharmaceutical Co. Ltd.. (Eason, Paul) (Entered: 04/04/2006)                                                                                                                                                      |
| 04/06/2006 | ○       | ORE TENUS MOTION for Extension of Time to File Answer by Takeda Pharmaceutical Company Limited. (TKR) Modified on 4/7/2006 (TKR, ). (Entered: 04/06/2006)                                                                                                   |
| 04/07/2006 | ○37     | ORDER granting [] Motion for Extension of Time to Answer by Defendant Takeda Pharmaceutical Co.; Answer due 10 days after entry of Order on Motion to Remand . Signed by Judge James C. Sumner on April 6, 2006. (TKR) (Entered: 04/07/2006)                |
| 04/09/2006 | ○38     | First MOTION for Extension of Time to File Response/Reply by Jim Hood. (Hazzard, Brent) (Entered: 04/09/2006)                                                                                                                                               |
| 04/20/2006 | ○       | ORAL MOTION by plaintiff for Extension of Time to File Response/Reply to Daiichi Pharmaceutical's motion to dismiss(lwe, ) (Entered: 04/20/2006)                                                                                                            |
| 04/20/2006 | ○39     | ORDER granting oral Motion for Extension of Time to File Response/Reply to 34 MOTION to Dismiss until 10 days upon entry of an order on the remand                                                                                                          |

| | | |
|---|---|---|
| | | issue before the court. Signed by Judge Tom S. Lee on 4/20/06. (lwe, ) (Entered: 04/20/2006) |
| 04/26/2006 | 40 | MOTION to Dismiss by Eisai Corporation of North America. (Attachments: # 1 Exhibit A)(Eason, Paul) (Entered: 04/26/2006) |
| 04/26/2006 | 41 | MEMORANDUM in Support re 40 MOTION to Dismiss filed by Eisai Corporation of North America. (Eason, Paul) (Entered: 04/26/2006) |
| 04/26/2006 | 42 | Corporate Disclosure Statement by Eisai Corporation of North America. (Eason, Paul) (Entered: 04/26/2006) |
| 04/27/2006 | | DOCKET ANNOTATION as to #40, 41, 42, selected wrong party when e-filing. Attorney to refile.(THR, ) (Entered: 04/27/2006) |
| 04/27/2006 | 43 | MOTION to Dismiss by Eisai Co., LTD. (Attachments: # 1 Exhibit A)(Eason, Paul) (Entered: 04/27/2006) |
| 04/27/2006 | 44 | MEMORANDUM in Support re 43 MOTION to Dismiss filed by Eisai Co., LTD. (Eason, Paul) (Entered: 04/27/2006) |
| 04/27/2006 | 45 | Corporate Disclosure Statement by Eisai Co., LTD. (Eason, Paul) (Entered: 04/27/2006) |
| 05/01/2006 | | ORAL MOTION for Extension of Time by plaintiff to File Response/Reply to BASF's motion to dismiss (lwe, ) (Entered: 05/02/2006) |
| 05/01/2006 | 46 | ORDER granting oral Motion for Extension of Time to File Response/Reply re 32 MOTION to Dismiss of BASF. Response due 10 days upon entry of an order on the remand issue. Signed by Judge Tom S. Lee on 5/1/06. (lwe, ) (Entered: 05/02/2006) |
| 05/08/2006 | 47 | MOTION for Extension of Time to File Response/Reply by Jim Hood. (Hazzard, Brent) |

| | | |
|---|---|---|
| | | (Entered: 05/08/2006) |
| 08/14/2006 | 48 | COPY OF TRANSFER ORDER transferring this case to the District of Columbia (THR, ) (Entered: 08/14/2006) |
| 08/28/2006 | 49 | CERTIFIED COPY OF MDL'S TRANSFER ORDER: transferring this case to District of Columbia (THR, ) (Entered: 08/28/2006) |
| 08/28/2006 | | ***Civil Case Terminated, per MDL Order #49. (THR, ) (Entered: 08/28/2006) |
| 08/28/2006 | | Mailed Certified copy of transfer order, and certified copy of docket sheet to the District of Columbia (THR, ) (Entered: 08/28/2006) |



A TRUE COPY, I HEREBY CERTIFY.
J.T. NOBLIN, CLERK
BY: _____ DEPUTY CLERK