UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>VITAMINS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Actions | M.D.L. No. 1285<br><br>Misc. No. 99-0197 (TFH)<br>Civil Action No. 1:06-cv-1484 |

PROPOSED AGENDA FOR
JULY 9, 2007 STATUS CONFERENCE

A. Status Report on Post-Judgment Phase with Class Plaintiffs and DuCoa/DCV

B. Administration of Class Settlement Funds

 1. Distribution of Vitamin Products Settlement Fund

C. Status Report on Indirect Purchaser Cases

D. Status Report on Mississippi State Case

 1. Mississippi Plaintiffs' Motion to Remand

 2. Mississippi Defendants' Motion to Dismiss

E. Dates for Future Status Conferences

Dated: July 5, 2007

Respectfully submitted,

| | |
|---|---|
| Jonathan D. Schiller<br>William A. Isaacson<br>Tanya Chutkan<br>BOIES, SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue, N.W., Suite 800<br>Washington, D.C. 20015<br>Tel.: (202) 237-2727<br>Fax: (202-237-6131<br><br>Stephen D. Susman<br>James T. Southwick<br>SUSMAN GODFREY, L.L.P<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002<br>Tel.: (713) 651-9366<br>Fax: (713) 654-6666 | _____/s/_____<br>Michael D. Hausfeld<br>Brian A. Ratner<br>COHEN, MILSTEIN, HAUSFELD &<br>  TOLL, P.L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500<br>Washington, D.C. 20005<br>Tel.: (202) 408-4600<br>Fax: (202) 408-4699<br><br>Marc M. Seltzer<br>SUSMAN GODFREY, LLP<br>1880 Century Park East, Suite 950<br>Los Angeles, CA 90067<br>Tel.: (310) 789-3100<br>Fax: (310) 789-3150 |

*Co-Lead Counsel for Class Plaintiffs*
**On behalf of all parties for purposes of this filing only**

## CERTIFICATE OF SERVICE

I, Brian A. Ratner, hereby certify that on this 5th day of July, 2007, I served true and correct copies of the Proposed Agenda for July 9, 2007 Status Conference electronically upon counsel of record pursuant to the Court's electronic filing system and the 5/17/00 Stipulated Order Regarding Electronic Service.

/s/
Brian A. Ratner