AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

In re Vitamin Antitrust Litigation

        Plaintiff(s)     )
                                )    **APPEARANCE**
                                )
        vs.               )    CASE NUMBER   99-mc-197-TFH
                                )
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Robert E. Hauberg, Jr.   as counsel in this
                                  (Attorney's Name)

case for:   F. Hoffmann-LaRoche LTD and Hoffmann-LaRoche, Inc.
                        (Name of party or parties)

July 24, 2007
Date

*/s/ Robert E. Hauberg, Jr.*
Signature

Robert E. Hauberg, Jr.
Print Name

49641
BAR IDENTIFICATION

4268 I-55 North
Address

Jackson, MS      39211
City   State   Zip Code

(601) 351-2455
Phone Number