UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JIM HOOD,**

              **Plaintiff,**

v.                             Civ. No. 06-01484 (TFH)

**F. HOFFMAN-LAROCHE, LTD., et al.,**

              **Defendants.**

### ORDER

It hereby is **ORDERED** that the parties shall appear on Thursday, October 25, 2007, at 10:30 a.m., in Courtroom 25A, for a hearing regarding the pending Plaintiff's Motion to Remand.

**SO ORDERED.**

September 14, 2007                                           /s/ *Thomas F. Hogan*
                                                              Thomas F. Hogan
                                                                Chief Judge